JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

KEVIN ALEXIS PADILLA BELLOSA,

                Petitioner,

     v.

SECRETARY OF HOMELAND SECURITY, *et al.*,

                Respondents.

Case No. 5:26-cv-01661-FLA (E)

**CORRECTED JUDGMENT**

IT IS ADJUDGED that the Petition is granted in part and Respondents are ordered to provide Petitioner with an opportunity for a prompt bond hearing before an immigration judge at which the burden will be on the government to justify Petitioner's detention through proof by clear and convincing evidence that Petitioner poses an unacceptable danger to the public or is an unacceptable risk of flight.

IT IS SO ORDERED.

Dated: June 29, 2026

_____
FERNANDO L. AENLLE-ROCHA
United States District Judge

2